# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re:<br>**Richard R. Cripe and Linda W. Cripe**<br>Debtors | Case No.:  07–50099–JSD<br>Judge:  John S. Dalis<br><br>Chapter:  7 |

## *FINAL DECREE*

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

*IT IS ORDERED THAT:*

☑ Mary Jane Cardwell is discharged as trustee of the estate of the above–named debtor and the bond is canceled; and

☑ The chapter 7 case of the above debtor is closed; and

☐ Other provisions:

John S. Dalis,
United States Bankruptcy Judge
PO Box 8347
Savannah, GA 31412

Dated: June 19, 2007

*B271 [Rev. 06/05]* **JM**